**Motion Granted; Dismissed and Vacated; Memorandum Opinion filed October 15, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00079-CV

**MONICA J. GRAHAM, Appellant**

**V.**

**AMEGY BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 979389**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final summary judgment signed January 22, 2013. On October 2, 2013, the parties filed a joint motion to dismiss the appeal and vacate the final judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 6.6; 42.1. The motion is granted.

Accordingly, we order the summary judgment signed by the court below on January 22, 2013, **VACATED,** and we order the appeal **DISMISSED** so that the

parties may proceed to arbitration in accordance with their agreement pursuant to Texas Rule of Appellate Procedure 6.6.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Busby.